TIMOTHY COURCHAINE
United States Attorney
District of Arizona

GAYLE L. HELART
Assistant United States Attorney
California State Bar No. 151861
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: gayle.helart@usdoj.gov
Attorneys for Plaintiff

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In the Matter of the Complaint and Arrest of Drew Owen Browder. | Case No. 26-5317MJ |
|---|---|
| | **MOTION TO SEAL** |
| | **(Filed Under Seal)** |

The United States of America, by and through undersigned counsel, hereby moves this Court for an order sealing the Complaint, Affidavit, and any attachments in support thereof, this Motion, and any resulting order.

Disclosure would not be in the interest of justice at this time because the Complaint and Arrest Warrant relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the Complaint and Arrest Warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper

//

//

//

with evidence, change patterns of behavior, notify confederates, intimidate potential witnesses, or endanger the life or physical safety of an individual.

Respectfully submitted this 14th day of July, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Gayle J. Helart*

Digitally signed by GAYLE
HELART
Date: 2026.07.14 09:30:28 -07'00'

GAYLE L. HELART
Assistant U.S. Attorney