**SEALED**

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | Case No.: 26-5317 MJ |
| v. | **CRIMINAL COMPLAINT** |
| Drew Owen Browder | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A, in the County of Maricopa, in the District of Arizona, the defendant violated Title 18, United States Code Sections 2252(a)(2) and 2252(a)(4)(B) as follows:

### See Attachment A, Description of Counts

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Gayle L. Helart, AUSA

*Gayle L. Helart*   Digitally signed by GAYLE HELART
Date: 2026.07.14 09:29:41 -07'00'

FBI Special Agent Sarah North
Name of Complainant

SARAH NORTH   Digitally signed by SARAH NORTH
Date: 2026.07.13 17:02:27 -07'00'
Signature of Complainant

Sworn to and subscribed telephonically

July 14, 2026 @ 1:29 p.m. at
Date

Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS

### COUNT 1

On or about November 7, 2025, in the District of Arizona and elsewhere, the defendant, Drew Owen Browder, did knowingly distribute a visual depiction that involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, on a social media platform accessible via the internet. Three files distributed were video_25@07-111-2025_21-13-40, video_6@07-11-2025_20-21-15, and 00173 (CCC+24+B).

All in violation of 18 U.S.C. §§ 2252(a)(2), (b)(1), and 2256. This is punishable by a term of between 5 - 20 years, a fine of up to $250,000, and a term of supervised release of between 5 years – lifetime.

### COUNT 2

On or between approximately November 7, 2025 – January 3, 2026, in the District of Arizona and elsewhere, the defendant, Drew Owen Browder, did knowingly possess and access with intent to view a visual depiction that involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct. The visual depiction possessed and accessed included a minor under age 12. The visual depiction had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are as follows: video_25@07-111-2025_21-13-40, video_6@07-11-2025_20-21-15, and 00173 (CCC+24+B).

All in violation of 18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256. This is punishable by a term of up to 20 years, a fine of up to $250,000, and a term of supervised release of between 5 years - lifetime.

## STATEMENT OF PROBABLE CAUSE

I, Sarah North, Special Agent with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July 2017. I completed six months of new agent training at Quantico, Virginia.  Since that time, I have been assigned investigative responsibilities in the areas of violent crimes against children, violent gangs and criminal enterprise investigations in the FBI Anchorage and Phoenix Field Offices. I am currently assigned to the Violent Crimes Against Children squad in the FBI Phoenix Field Office. I am familiar with the definition of child pornography pursuant to 18 U.S.C. § 2256, and I am familiar that the phrase Child Sexual Abuse Material (CSAM) is also used to describe federally chargeable child pornography.

2.      I submit there is probable cause to believe that on or about November 7, 2025 – January 3, 2026, Drew Owen Browder, in the District of Arizona and elsewhere:

    a.   did knowingly distribute a visual depiction that involved the use of a minor engaged in sexually conduct, and such visual depiction was of such conduct, that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, including on social media platform (described as SERVICE 1 herein) which is accessed via the internet, a facility of interstate commerce, in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1), and 2256; and

b. did knowingly possess and access with intent to view a visual depiction of a minor engaged in sexually explicit conduct and such depiction was of such conduct. The visual depiction involved a minor under age 12. The visual depiction had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer, in violation of in violation of Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2), and 2256.

3. I have set forth sufficient facts to establish probable cause in support of a criminal complaint for Browder. The facts in this affidavit derive from my personal observations my training and experience, and information obtained from other agents, officers, investigators, and witnesses.

## PROBABLE CAUSE

### Initial Investigation Background

4. During the later part of 2025, the FBI became aware of a group chat on a social media and messaging service platform, referred to herein as "SERVICE 1" because of the ongoing nature of this and other investigations. I am familiar with SERVICE 1 and have conducted investigations related to SERVICE 1 in unrelated cases. The FBI first learned about this group chat on SERVICE 1 from a foreign law enforcement agency (known to me, but redacted here because of ongoing investigation). The members of this group shared a sexual interest in children. The members used SERVICE 1 to send links and passwords that provided access to child pornography.

2

5.      One of the members of this group was identified by the foreign law enforcement agency, who seized his devices. During a review of this individual's devices and his account information, hereafter referred to as ACCOUNT 1, the foreign law enforcement agency determined that the members shared links and files of CSAM on SERVICE 1, and also sent links and coordinated times to be on a platform, herein called SERVICE 2, which allows users to virtually meet and share their computer screens with others as a group. During the identified member's devices, the foreign law enforcement agency attempted to further identify other members of the SERVICE 1 group. One such member used the screenname "Twin Twink." I am familiar that "twink" is slang that often refers to a smaller stature / build gay male.

### Investigation of the "Twin Twink" Account

6.      The foreign law enforcement agency developed information about which of the members of SERVICE 1 assisted in co-hosting video calls on SERVICE 2. "Co-hosting" consisted of sharing their computer screen and displaying CSAM to other members on the call.

7.      The Twin Twink account was noted as one account that would "co-host" and display CSAM on their screen for other members to watch.

8.      The foreign law enforcement agency reviewed the communications related to the group members' chats on SERVICE 1, that included the communications between ACCOUNT 1 and Twin Twink. I have also reviewed these communications which occurred between September 26, 2025 through February 4, 2026. I noted that on October 23, 2025, Twin Twink stated he was "recreating" a SERVICE 1 group chat "as I believe that one that we currently have may be compromised," and "The one requirement for

3

people to be added is that they must submit cp to a group admin or owner before they can be admitted." I am aware of the slang / term "cp" is used by those with a sexual interest in children referring to "child pornography."

9. The communications by Twin Twink also included Twin Twink sending at least thirty (30) videos on November 7, 2025 to ACCOUNT 1 on SERVICE 1. I have viewed these 30 videos. I was familiar that some included "known series" which means identified and confirmed minors. I have described a few examples below:

a. File titled **"video_25@07-111-2025_21-13-40"** is an eighteen minute sixteen-second-long video. Throughout the video, an adult man has a minor boy, no older than 13 years old, strip naked inside a vehicle. The man instructs the boy to digitally penetrate his own anus and masturbate the adult man's penis. The man places his hand on the boy's head and forces the boy to perform oral sex on (him, the adult). The man fondles the boy's genitalia and finally ejaculates on the boy. The focus of the camera is often solely focused on the boy's genitalia, anus, and the sex acts performed.

b. File titled **"video_6@07-11-2025_20-21-15"** is a two minute fifty-nine second video. A minor boy, no older than 5 years old, is laying down with only a shirt on. The camera is focused on the boy's genitalia while an adult female manually stimulates him with her hand. Later in the video, the woman performs oral sex on the boy.

c. File titled **"00173 (CCC+24+B)"** is a five minute fourteen second video. This video is part of a "known series" by NCMEC. An adult male is laying naked on a couch with a minor girl, no older than 12 years old. The girl is

4

nude except for knee-high socks, sitting on top of the man with his penis between her legs. She is facing him, with her back to the camera, and butt exposed. A female, who looks no older than 19, manually stimulates the adult man's penis while it is still between the younger (minor) girl's legs. The older female picks up and turned the younger girl so she faces the camera and the younger girl's genitalia are exposed to the camera. Throughout the video, the older female inserts the adult man's penis into the younger girl's anus; manually stimulates the adult man's penis and the minor girl's genitals; and performs oral sex on the younger girl.

10.     On December 26, 2025, ACCOUNT 1 asked Twin Twink, "Hey do you by chance have girl/nepi vids you'd want to share or trade. IO lost most of my shit 2 days ago when i accidently deleted all my profiles on windows. Sigh." Twin Twink responded, "I don't have many girl vids just because that's not my preference. But I have access to loads of vids through signal.[1] I'd just have to download them, though." I am familiar that "nepi" refers to a sexual interest in babies or toddlers, with the official psychology term being "nepiophilia."

11.     On January 3, 2026, Twin Twink sent a photo of a laptop in a dark room, which had CSAM displayed on it, and stated "At a bath house watching perv porn." The CSAM depicted an adult man anally penetrating a minor boy, no older than 8 years old.

---

[1] I am familiar with Signal. It is a messaging application providing end-to-end encryption for its users, and offers the ability for users to text, do voice calls, and do video chats. It is popular among offenders who do child pornography activities.

5

12.     On January 20, 2026, ACCOUNT 1 asked Twin Twink if Twin Twink was available to co-host, which meant to also share his screen in SERVICE 2. Twin Twink responded that he was down to just one monitor (instead of two) and "I can play vids, I just can't play vids, host, and keep the chat open all at the same time right now."

### Identification of the "Twin Twink" Account

13.     SERVICE 1 provided an IP address for username Twin Twink. Law enforcement was unable to recover subscriber data from that IP address due to the use of a virtual private network "VPN"[2] that obfuscated the identity of the user.

14.     The Twin Twink account, however, also had a telephone number associated with it, ending in 7744 (full phone number known to me). Open-source record checks were conducted and the telephone number ending in 7744 was associated with Drew Browder, DOB in 1990 (full DOB known to law enforcement), who is currently age 36.

15.     Additional open-source record checks were conducted, and a publicly facing social media account was identified as being associated to Drew Browder, which included images that were visually similar to the images transmitted by user Twin Twink in communications made through SERVICE 1. One picture on a publicly facing Drew Browder social media account was:

---

[2] I am familiar with VPN services whose features are to hide a user's actual Internet Protocol (IP) address, and encrypts a user's connection to the internet. In this way, a person's IP address, whose geographic location may usually be detected, will be untraceable through a VPN service

6



16.    A search of Arizona Bureau of Motor Vehicle records returned information for Drew Owen Browder, DOB 1990, at an address in Peoria, Arizona (full address known to me), with the most recent driver's license photo taken July 14, 2025 and shown below.



17.    On November 3, 2025, Twin Twink sent three videos purporting to be him, on SERVICE 1.  Two screenshots of these videos are below.  The man appears visually similar to me as Drew Browder's BMV photo and social media photo.

7



18.    Publicly available information shows Browder is employed at Angels for Mom Hospice/Home care and/or as a Pharmacy Technician in Phoenix, AZ.

19.    Quarterly wage records obtained from the State of Arizona show Browder earned wages from Laboratory Corporation America from each quarter between the 4th quarter of 2021 through at least the 1st quarter of 2026.

20.    I located a Phoenix Police Department report, Case No. 202100428701, dated March 18, 2021. The report documented the Internet Crimes Against Children Task Force / Phoenix Police Department officers' investigation into Cybertips relating to child pornography activities and a subsequent state search warrant on an apartment residence on

8

North 19th Street in Phoenix, AZ. At the time, the residence was Browder's home and three additional adult males were present. I noted that the report reflected that during the search and while on scene, an officer located a Mega[3] account on Browder's device. A Phoenix Police detective subsequently obtained a search warrant for the Mega account on Browder's device, with the results showing that the account was associated with the phone number ending in 7744 (same number as my open source checks above for the Twin Twink account) and the user providing the first name "Horny" and last name "Twin."

21.    Arizona Bureau of Motor Vehicle records reflect that Browder resides at a specific address, fully known to me, in Peoria, Arizona, 85382, since at least July 2025 when he obtained his most recent driver's license. FBI agents conducted surveillance on June 30, 2026 at this address. One agent observed Browder walk out of the residence and open the door to a vehicle parked in the driveway which was registered Browder at the residence. Browder closed the door to the Audi Q5 and went back inside the residence. Browder left the residence shortly later and got into a car with a different driver. I observed Browder exit the vehicle and visually confirmed it was him. A photograph for comparison is below.

---

[3] I am familiar that Mega refers to a company located in New Zealand, but with customers world-wide. Mega offers its users the ability to chat, place voice and video calls, and its users can store electronic data in accounts. All of these services are encrypted end-to-end to the degree that even Mega officials cannot see a customer's data.

9



22.     Additionally, Arizona Bureau of Motor Vehicle records indicated that Browder has two vehicles registered to him at the Peoria Residence.

//

//

//

10

## CONCLUSION

23.    Based on the facts and circumstances set forth in this Affidavit, I submit there is probable cause to believe that within the District of Arizona and elsewhere, Drew Owen Browder distributed child pornography and possessed and accessed child pornography between November 7, 2025 – January 3, 2026, as set forth in Attachment A. These offenses are in violation of 18 U.S.C. §§ 2252(a)(2) (Distribution of Child Pornography) and 2252(a)(4)(B) (Possession and Access with Intent to View Child Pornography).

Respectfully submitted,

SARAH NORTH   Digitally signed by SARAH NORTH
Date: 2026.07.13 17:03:08 -07'00'

Sarah North
Special Agent
Federal Bureau of Investigation

Sworn and subscribed telephonically before me this ___14___ day of July, 2026.   1:29 p.m.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge

11