AO 442 (Rev. 11/11) Arrest Warrant

☐ FILED    ☒ RECEIVED

**JUL 23 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**SEALED**

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
v.
Drew Owen Browder

_Defendant_

)
)
)
)
)
)
)

Case No. 26-5317MJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _(name of person to be arrested)_    Drew Owen Browder    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) - Distributing Child Pornography
18 U.S.C. § 2252(a)(4)(B) - Knowingly Possessing and Access with Intent to View Child Pornography

Date: July 14, 2026 @ 1:29 p.m.

_____
_Issuing officer's signature_

City and state:    Phoenix, Arizona

DEBORAH M. FINE, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_    7/14/2026    , and the person was arrested on _(date)_    7/22/2026 at _(city and state)_    Peoria, AZ    . |
| Date:    7/23/2026 |
| _Arresting officer's signature_ |
| Sarah North, Special Agent |
| _Printed name and title_ |