**MAGISTRATE JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. Magistrate Judge: Alison S. Bachus** | **Date: July 23, 2026** |
| **USA v. Drew Owen Browder** | **Case No.: 26-5317MJ-01-PHX-DMF** |

**Assistant U.S. Attorney**: Gayle Helart
**Attorney for Defendant**: John Champagne, AFPD
**Defendant**: Present and in custody
**Interpreter**: N/A
**Date of Arrest**: **7/22/26**

**Initial Appearance**

The Government moves to UNSEAL this case. SO ORDERED. FINANCIAL AFFIDAVIT TAKEN. The Court finds that the Defendant qualifies for court-appointed counsel and appoints AFPD John Champange for Defendant. Defense counsel confirms that the Defendant understands the nature of the charge(s) and waives a formal reading. The Government is seeking detention. Detention and Preliminary Hearings requested. Defendant waives any applicable time. Request GRANTED, as set forth below. Defendant is ordered temporarily detained pending further proceedings.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny.  Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**IT IS ORDERED** setting a Detention Hearing and Preliminary Hearing for July 28, 2026, at 11:30 a.m. before Magistrate Judge Deborah M. Fine in courtroom 305.

Recorded by CourtSmart
Deputy Clerk Stephanie Ferdig

**IA: 4 min**

**Start: 3:10 PM**
**Stop: 3:14 PM**